200 So. 554

## Paul DANIEL v. Dink MATTHEWS.

### 4 Div. 193.

Supreme Court of Alabama.

Feb. 20, 1941.

Wilkerson & Brannen, of Troy, for appellant.

John C. Walters, of Troy, for appellee.

---

[1] Ante, p. 545.

PER CURIAM.

This case is hereby reversed and remanded on the authority of Paul Daniel v. Sanford Jones, 200 So. 551,[1] this day decided.

Reversed and remanded.

GARDNER, C. J., and THOMAS, BROWN, and FOSTER, JJ., concur.